50 P.3d 973

# SUPREME COURT OF HAWAI'I

| | | | | |
|---|---|---|---|---|
| Donnelly v. Donnelly | 23462 | 06/10/2002 | Denied | 98 Hawai'i 280, 47 P.3d 747 |
| State v. Shabazz | 23571, 23575 | 06/28/2002 | Denied | 98 Hawai'i 358, 48 P.3d 605 |